IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARION CARTER,

    Plaintiff,

vs.      No. 4:18-cv-00029-SWW

PULASKI COUNTY SPECIAL
SCHOOL DISTRICT,

    Defendant.

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is Considered, Ordered, and Adjudged that this action is dismissed.

IT IS SO ORDERED this 30th day of January 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE